# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 21-16852

**Case Name** Johnny Burris v. JPMorgan Chase & Co.

**Hearing Location** (*city*) Phoenix

**Your Name** Kelly H. Dove

List the sitting dates for the two sitting months you were asked to review:

February 5-9, 2024 and April 1-5, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

February 5-9 counsel will be out of the country.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Kelly H. Dove     **Date** 10/10/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**     *New 12/01/2018*